IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01774-WJM-MEH

MARK SMITH, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

ANDERSON & KEIL,
JAMES G. ANDERSON,
BECKY L. KEIL, and
APOLLO CREDIT AGENCY, INC.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

    Plaintiff's Motion to Strike Defendants' Affirmative Defenses [filed October 5, 2011; docket #11] is **denied as moot**. Plaintiff's motion seeks to strike defenses raised in Defendants' Answer filed on September 14, 2011. However, subsequently, Plaintiff filed an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B), which allows amendment as a matter of right within twenty-one (21) days after service of the responsive pleading. Plaintiff's First Amended Class Action Complaint and Jury Demand [docket #14] was timely filed on October 6, 2011, and is **accepted** as filed. *See* Fed. R. Civ. P. 6(d). As Plaintiff concedes, his subsequently filed pleading renders Defendants' Answer and the within motion moot. *See* docket #23. Defendants shall file an answer or other response to the First Amended Complaint and Jury Demand on or before November 22, 2011.